EDWARD S. CLINCH, Respondent, v. THE SOUTH SIDE
RAILROAD COMPANY OF LONG ISLAND, Appellant.

*Order made at Chambers — when not appealable.*

An order was granted by a justice of the Supreme Court at chambers, in the
first district, appointing a receiver of the property, franchise and effects of the
defendant. It did not appear that the order had ever been entered in the
second department. *Held*, that, being a chamber order. no appeal from it would
lie until it had been so entered.* The jurisdiction of the General Term in each
department, on appeals from such orders, is, by the act of 1870 (chap. 408, § 10),
confined to orders which have been entered in the department.

Appeal from an order appointing a receiver of the defendant
corporation.

* Code, § 350.

An appeal from this order has already been taken to the General Term of the first department, and its decision is reported in 8 Supreme Court Reports (1 *Hun*), page 636.

*Tracy, Catlin & Brodhead*, for the appellant.

*John H. Bergen*, for the respondent.

Opinion by TALCOTT, J.

Present—BARNARD, P. J., TALCOTT and TAPPEN, JJ.

Appeal dismissed.